RE: FALSE AND UNLAWFUL IMPRISONMENT JUDICIAL BIAS BY THE TRIAL COURT; COURT OF APPEALS 1st DIST. HOUSTON TEX. AND THE TEXAS COURT OF CRIMINAL APPEALS.

63,775-21

RECEIVED
COURT OF CRIMINAL APPEALS
MAY 26 2010 26 2010
Abel Acosta, Clerk

RE: (SEE) ART. 11.07's LOCK 1217-83-1 (MAY 26 2010) NEVER TRANSMITTED; LOCK 1217-83-2 DENIED OR DISMISSED DUE TO 01-11-00328-CR APPEAL PENDING; LOCK 1217-83-3 DENIED ARBITRARILY; LOCK 1217-83-4 ARBITRARILY DENIED 11.07 § 4 (a)(c) JURISDICTIONAL DEFECTS CAN NEVER BE WAIVED; LOCK 1217-83-5 DENIED BY APPEAL ARBITRARILY BY STATING THE APPLICANT (T.R.A.P. RULE 73.2) VIOLATED Id. RULE.

I DID NOT VIOLATE THIS RULE MY GROUND STOP ON THE PAGE AND STARTED ON A NEW PAGE. (FOR ANY NEW GROUND) THE STATE OR TRIAL COURT DID NOT RAISE THIS ISSUE. BUT RAISED ART. 11.07 § 4 (a)(c).

THE APPEAL COURT KNEW THAT I WOULD NOT AND COULD NOT AGREE WITH THE STATE OR TRIAL COURT ON Id. DEFAULT PROCEDURAL BECAUSE A AFFIDAVIT FROM THE ALLEGE VICTIM WHO SKIPPED TRIAL 12-13-2014 AFFIDAVIT WAS IMMATERIAL AND THE LAW CLERKS, STAFF COUNSEL AND JUSTICES KNEW THAT THIS WAS NEWLY DISCOVERED! TO AVOID ADDRESSING THE ISSUES USED RULE 73.2 TO DISMISS WRIT. HAD THE APPLICANT VIOLATED THIS RULE. REMAND

TO THE TRIAL OR DIST. CLERK TO ORDER
WRIT BE REFILED AFTER MINOR ERROR
CORRECTED.

NUMEROUS ATTORNEY'S IN THE STATE OF TEXAS
HAS FILED WRIT' JUST AS I (10CR1217-83-5)
DID IN Id. ART.11.07.

SEE, EXPARTE, ROBERT D. THOMAS FILED 1-13-15
AT 3:49 PM (BY ATTY) # WO961036V (A) ATTY. E.A.C.
CLAIMS WENT FROM P's 6-9 CONT. AS I DID.
STATE WRIT IS SET FOR HEARING 6-4-2015.
SEE, 10CR1217-83-6 ART.11.07 PAGE's CONTIN-
UATION (STATE) AND THE TRIAL COURT OR
APPEAL COURT, LAW CLERKS, STAFF COUNSEL'S
DOES NOT USE T.R.A.P. 73.2 TO DISMISS Id.
WRIT.

10CR1217-83-7, WRIT IS VALID AND PEND-
ING.

DEAR (HON. RODNEY ELLIS) JOHN WHITMIRE
JOAN HUFFMAN, BRANDON CREIGHTON, CHARLES
PERRY, LETICIA VAN DE PUTTE, KONNI BURTON,
JUAN "CHUY" HINOJOSA.

I WAS SENT YOUR INFORMATION SENATE
CRIMINAL JUSTICE COMMITTEE; BY TEXAS
COURT IN 2015 MANUAL TO WRITE.

I CERTIFY UNDER THE PENALTY OF PERJURY
THE ABOVE AND FOLLOWING IS TRUE/CORRECT.

MY MOTHER MARY JEAN MASON (FLORENCE)
IS PREPARING COPIES (TON) OF DOCUMENTS
AND (DIRECT/PREPONDERANCE) EVIDENCE

2

"AND EXHIBIT's FILED IN THE 1st CT. OF APP.s TRIAL COURT AND APPEAL (C.C.A.) COURT WITH MY ART. 11.07's, AND THE C.C.A. OWN RULINGS AND STATUTE's ALSO ATTACHED.

THE C.C.A. AND STAFF, CLERKS IS WELL AWARE OF THE VALID LEGAL ISSUES IN MY WRIT's SPECIAFICALLY SEE, LOCK1217-83-3 LOCK1217-83-4-7 ART. 11.07's

I'M FALSELY IMPRISONED AND THE JUSTICES IS TURNING A BLIND EYE TO MY UNLAWFUL IMPRISONMENT, BASED ON NULL? VOID DOCUMENT's, PROSECUTORIAL AND POLICE MISCONDUCT.

SUPPORTED BY THE RECORD THE STATE's OWN DOCUMENT's

~~I FEEL I'M BEING RACIALLY DISCRIMINATED AGAINST BY THE C.C.A. BECAUSE I'M A BLACK AFRICAN-AMERICA PROSE,~~ (TRIAL AND APPEAL AND ART 11.07's LOCK1217-83-1-7, AND I'VE PRESENTED ARGUMENT, AUTHORITIES, RECORD AS T.R.A.P. MANDATES AND ALSO SEE KINLEY V. STATE, 879 SW2d 201, 204 CT. V. 14TH APP. HOUSTON 1994).

THE EVIDENCE, LOCK1217 RECORDS AND OTHER DOCUMENT's FILED IN Id. ART. 11.07's WILL, SHOCK YOU TO THE INJUSTICE IN THIS PARTICULAR CASE, SUPPORTED BY [O]UR

3

("ALL REPUBLICAN" [FN1]) COURT OF APPEALS WHO'S SUPPOSE TO ADDRESS AND ISSUE PROPER SANCTION'S TO ADDRESS THE IN-JUSTICE'S.

SEE, p.4 OF TEX. C.V.R.e 2015 MANUAL. COMMENT'S FROM RETIRED C.C.A. JUDGE CATHY COCHRAN' 1-3 REGARDING THE COURT'S INTERNAL FUNCTIONS.

IT'S NO FACTUAL PROOF THESE JUSTICE'S EVEN SEEN, REVIEWED Id. WRIT'S AND EVIDENCE HAD THEY DID ESPECIALLY IN 10CR1217-83-3; 10CR1217-83-5; 10CR1217-83-7; 10CR1217-83-4 ALL THESE Id WRIT'S WOULDN'T HAVE HAD TO BE FILED.

EITHER THE C.C.A. JUSTICE'S REVIEWED THEM & ARBITRARILY TURNED A BLIND EYE TO THESE IN JUSTICE'S

OR THE CLERK OF THE COURT AND IT'S (LAW-CLERKS AND STAFF ATTORNEY'S ARE ARBITRA-RLY ISSUING WHITE CARD DISMISSAL'S AND DENIALS.

THE LEGISLATURE,' SENATE,' SENATE ON CRIM-INAL JUSTICE SHOULD CHANGE THE LAW(S) OF THE WHITE CARD DENIALS / DISMISSALS AND ORDER THAT OPINIONS ON ALL 11.07'S RECEIVED IN THE C.C.A. ARE RULED ON

FN1. AS FORMER CHIEF JUSTICE TX. S. Ct. WILLIAM JEFFER-SON STATED THE PROCESS / PROCEDURES HOW TEX. JUDGES ARE ELECTED BE CHANGED. (HERE'S A PRIME CASE)

4

ON THE MERITS AND EACH OPINION BE SIGNED BY THE JUSTICES.

AND MOTIONS ALLOWED FOR REHEARING BE ALLOWED AND NOT BARRED.

THAT INNOCENT WRITS BE MADE AND CAN BE FILED IN ANY COUNTY OR DIRECTLY WITH THE TEXAS SUPREME COURT OR A SPECIAL COURT OF REVIEW DESIGNED TO ONLY HEAR ACTUAL OR INNOCENT WRITS.

THIS CASE AS OTHER CASES SHOWS THAT A SPECIAL INNOCENCE WRIT BE USED AND BY-PASSED THE C.C.A. DUE TO THE ONGOING IN-JUSTICE'S IN TEXAS IN REVIEWING WRITS AS THE SUPREME COURT (U.S) STATED

I WAS A TAXPAYER, DEBRAS ENG. 13ᵗʰ HRI AND LONG SHOREMAN 18ᵗʰ-20ᵗʰ HRI COLLEGE STUDENT PROOR TO THE FABRICATED GPD# 2010-13986 2-26-27-10 SEXUAL ASSAULT/EVENTS.

PACKET WILL BE SENT FROM MY MOTHER CERTIFIED M.Y OR OTHER VALID MEANS TO Id. SENATE MEMBER(S)

RESPECTFULLY SUBMITTED
Thomas Flores 5-25-2015

CIC CHIEF JUSTICE SHARON KELLER C.C.A.T. VERIFIED BY UNIT M.ROOM STAFF 5-25-15. Sherma

5